Wiggin and Dana LLP
437 Madison Avenue
35th Floor
New York, New York
10022
www.wiggin.com

Jolie Apicella
212.551.2844
212.551.2888 fax
japicella@wiggin.com

**MEMO ENDORSED**

**VIA ECF**

September 23, 2026

Hon. Katherine Polk Failla
U.S. District Court for the Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Patagonia Health, Inc. v. iTech Workshop Private Limited*, No. 1:26-cv-05078-KPF

Dear Judge Polk Failla,

We represent Defendant *iTech Workshop Private Limited*, d/b/a *expEDIum* ("iTech") in the above-mentioned case. We respectfully request permission to file iTech's Answer, Affirmative Defenses and Counterclaims, along with supporting Counterclaim Exhibits 1-2 under seal. We make this request pursuant to Federal Rule of Civil Procedure 5.2(d)-(e), the Electronic Case Filing Rules & Instructions for the Southern District of New York §6, and Rule 9(C)(ii) of Your Honor's Individual Practices in Civil Cases.

iTech has good cause for this request. Plaintiff's Verified Complaint and supporting exhibits were originally filed under seal in this matter, and iTech's Answer, Affirmative Defenses and Counterclaims necessarily respond to, incorporate, and reference those sealed materials. Consistent with Plaintiff's sealing designations and the Court's treatment of those materials to date, iTech seeks to maintain the confidentiality of information that has already been treated as protected from public disclosure.

Courts routinely permit sealing where disclosure would reveal confidential commercial information and cause competitive harm. *See, e.g., Refco Grp. Ltd., LLC v. Cantor Fitzgerald, L.P.*, No. 13 Civ. 1654 (RA) (HBP), 2015 WL 4298572, at *3-6 (S.D.N.Y. July 15, 2015); *Locus Techs. v. Honeywell Int'l Inc.*, No. 19 Civ. 11532 (PGG) (KHP), 2024 WL 5103334, at *2-6 (S.D.N.Y. Dec. 13, 2024). Recently, in *In re Axsome Therapeutics, Inc. Stockholder Derivative Litigation*, the court granted sealing where the filings discussed information that had previously been afforded confidential treatment and where disclosure would reveal commercially sensitive information and risk competitive harm. No. 22 Civ. 6183 (LGS), 2026 WL 1266286, at *1-2 (S.D.N.Y. May 8, 2026).

For the reasons stated above, we respectfully request the Court enter an order permitting iTech's Answer, Affirmative Defenses and Counterclaims, along with supporting Exhibits 1-2, to be filed under seal.

Respectfully submitted,

*/s/ Jolie Apicella*
Jolie Apicella

Defendant's request to file under seal its answer, affirmative defenses, counterclaims, and counterclaim exhibits 1-2 is GRANTED.

The Clerk of Court is directed to terminate the pending motion at docket entry 24.

Dated: September 24, 2026
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE