UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATAGONIA HEALTH, INC.,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>-v.-<br><br>iTECH WORKSHOP PRIVATE LIMITED,<br><br>Defendant and Counterclaim-Plaintiff. | 26 Civ. 5078 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

As set forth in the record for the telephonic conference held on October 22, 2026, Defendant is ORDERED to file its amended Answer, Affirmative Defenses, and Counterclaims on or before **November 30, 2026**. Defendant's request for leave to file the amended Answer, Affirmative Defenses, and Counterclaims publicly with redactions is GRANTED. Defendant is directed to publicly file the document with the proposed redactions and electronically file under seal a copy of the unredacted document with the proposed redactions highlighted. (*See* Individual Rules of Practice in Civil Cases, Rule 9(B)(i)).

The Court sets the following briefing schedule for Plaintiff's anticipated motion to dismiss Defendant's amended Counterclaims. Plaintiff shall file its motion to dismiss the amended Counterclaims on or before **January 8, 2027**. Defendant shall file its opposition on or before **February 5, 2027**. Plaintiff shall file its reply on or before **February 19, 2027**.

While Plaintiff's motion to dismiss is pending, the Court will limit discovery to categories that do not relate to or include the parties' trade secrets. The parties are hereby ORDERED to file a revised Proposed Civil Case Management Plan and Scheduling Order that accounts for this limit on or before **October 30, 2026**.

SO ORDERED.

Dated: October 22, 2026
New York, New York

KATHERINE POLK FAILLA
United States District Judge